```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
         - v. -                  :    **PROTECTIVE ORDER**
                                 :
RONALD ANDERSON,                 :
    a/k/a "Shah," et al.         :    S2 10 Cr. 431 (CM)
                                 :
         Defendants.             :
                                 :
- - - - - - - - - - - - - - - - x
```

Upon the application of the United States of America, Preet Bharara, United States Attorney for the Southern District of New York, by and through Assistant United States Attorneys Laurie A. Korenbaum and Santosh Aravind, of counsel, and with the consent of defendant RONALD ANDERSON, a/k/a "Shah," by and through his attorney Ronald Rubenstein, Esq., for an order limiting the dissemination of the section of the Drug Enforcement Administration's Agents' Manual pertaining to inventory searches (the "Manual") that is being produced to defense counsel Ronald Rubenstein, Esq. under the terms of this Order, it is hereby

ORDERED that (1) defense counsel must destroy or return any and all copies of the Manual at the conclusion of the trial of this matter or when any appeal has become final; (2) defense counsel is precluded from disseminating the Manual and any and all copies of the Manual to anyone beyond defense counsel, and any paralegal or staff employed by the defense; and (3) the

defendant is precluded from taking the Manual, and any and all copies of the Manual with him into any jail facility before, during, or after trial; except that the defendant may review the Manual in the possession of defense counsel when in the presence of defense counsel.

Dated:   New York, New York
         October 16, 2012

_____
COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE